Matthew Z. Crotty
ISB #8653
CROTTY & SON LAW FIRM, PLLC
421 W. Riverside Ave. Ste 1005
Spokane, WA 99201
Telephone:  (509) 850-7011
Facsimile:  (509) 703-7957
Email:  matt@crottyandson.com

Attorneys for Plaintiffs

UNITED STATES DISTRICT COURT

DISTRICT OF IDAHO

| | |
|---|---|
| CHRIS A. ANDERSON and ADELIA SUE ANDERSON, <br><br> Plaintiffs, <br><br> vs. <br><br> UNITED STATES AIR FORCE <br><br> Defendant. | Case No. <br><br> **VERIFIED COMPLAINT FOR VIOLATION OF THE FREEDOM OF INFORMATION ACT (FOIA)** |

I.    **INTRODUCTION**

1.    This case arises out of the United States Air Force's ("Air Force") repeated failures to comply with the Freedom of Information Act (FOIA).

2.    Plaintiffs Chris A. Anderson and Adelia Sue Anderson seek information as to how their daughter, Kelsey Sue Anderson, died while serving with the Air Force.  Because of the Air

VERIFIED COMPLAINT FOR VIOLATION OF
THE FREEDOM OF INFORMATION ACT
(FOIA) - 1

CROTTY & SON LAW FIRM, PLLC
421 W. Riverside Avenue, Suite 1005
Spokane, Washington 99201-0300
Phone: 509.850.7011
Email: matt@crottyandson.com

Force's non-responsiveness to Plaintiffs' reasonable and narrowly tailored FOIA request, Plaintiffs have but no option to file this action.

## II.   JURISDICTION AND VENUE

3.    Plaintiffs incorporate paragraphs 1 through 2 as if pled verbatim herein.

4.    This Court has subject matter jurisdiction pursuant to 5 U.S.C. §552(a)(4)(B) and 28 U.S.C. § 1331.

5.    Venue is proper under 28 U.S.C. § 1391(e) and 5 U.S.C. § 552(a)(4)(B).

## III.   PARTIES

6.    Plaintiffs incorporate paragraphs 1 through 5 as if pled verbatim herein.

7.    Plaintiffs Chris A. Anderson and Adelia Sue Anderson reside in Orofino, Idaho. Plaintiffs' daughter, Kelsey Sue Anderson, died while serving with the Air Force in 2011. Plaintiffs simply seek to obtain the investigative report regarding Kelsey Anderson's death.

8.    Defendant U.S. Air Force is an agency of the United States Government under 5 U.S.C. § 552(f) and is headquartered at 1000 Air Force Pentagon, Washington, DC 2003-100.  Defendant has possession, custody, and control of records to which Plaintiffs seek access.

## IV.   STATEMENT OF FACTS

9.    Plaintiffs incorporate paragraphs 1 through 8 as if pled verbatim herein.

10.    On June 9, 2011, Airman First Class Kelsey Sue Anderson was killed while serving in the Territory of Guam.  Ms. Anderson was on duty with the Air Force at the time.

VERIFIED COMPLAINT FOR VIOLATION OF THE FREEDOM OF INFORMATION ACT (FOIA) - 2

CROTTY & SON LAW FIRM, PLLC
421 W. Riverside Avenue, Suite 1005
Spokane, Washington 99201-0300
Phone: 509.850.7011
Email: matt@crottyandson.com

11.     From June 10, 2011, through May 22, 2012, the Andersons sought to find out the details of their daughter's death by, *inter alia,* querying the Air Force as to when its investigative report regarding Kelsey Anderson's death would be complete.

12.     On or about May 22, 2012, the Andersons received notification that the Air Force's investigation of Kelsey's death was complete. The Andersons were led to believe that a copy of the investigation would be forthcoming. Yet no report came.

13.     On or about August 13, 2012, Chris Anderson contacted United States Senator James Risch's office in order to see if Senator Risch could assist in getting the Air Force to produce the investigative report.

14.     On August 22, 2012, the Andersons sent a Freedom of Information Act (FOIA) request to the Air Force at the following address:

> HQ AFSOI//XILI
> Attn: FOIA Section
> 27130 Telegraph Rd.
> Quantico, VA 22134

15.     The information sought in the Andersons' August 22, 2012, FOIA request was "a copy of the report of investigation" regarding Kelsey Anderson's death.

16.     The address to which the Andersons transmitted their FOIA request was the address that the Air Force promulgated for the purposes of submitting FOIA requests relating to the information sought by the Andersons.  The Andersons transmitted the completed FOIA request form to the Air Force via electronic mail, a manner allowed by the Air Force.

17.     On or about September 6, 2012, the Air Force responded <u>not</u> to the August 22, 2012, FOIA request <u>but</u> to Senator Risch's inquiry.  The Air Force informed the Andersons that the Air Force's Office of Special Investigation's (OSI) investigation regarding Kelsey Anderson was

VERIFIED COMPLAINT FOR VIOLATION OF THE FREEDOM OF INFORMATION ACT (FOIA) - 3

CROTTY & SON LAW FIRM, PLLC
421 W. Riverside Avenue, Suite 1005
Spokane, Washington 99201-0300
Phone: 509.850.7011
Email: matt@crottyandson.com

1   "closed and was received by the AFOSI File Repository on August 6, 2012," that the report

2   number assigned to Kelsey Anderson's report was AFOSI 602-C-0000A627959111592115, and

3   that the Andersons could submit a FOIA request to the same address to which the Andersons

4   submitted the August 22, 2012, FOIA request.

5
6   18.     On September 10, 2012, Senator Risch closed his inquiry.

7   19.     From August 22, 2012, to October 2, 2012, the Air Force did not respond, verbally or in

8   writing, to the Anderson's August 22, 2012, FOIA request.

9   20.     On or about October 2, 2013, the Andersons contacted the Air Force's Guam-based OSI

10  detachment.  The Andersons spoke with Special Agent Jason A. Larson. The Andersons asked

11
12  Mr. Larsen about the status of the August 22, 2012, request to which Mr. Larsen replied that he

13  was "not sure."

14  21.     On or about October 3, 2012, Mrs. Anderson emailed Mr. Larsen a copy of the August

15  22, 2012, FOIA request.  Mr. Larsen forwarded the request to AFOSI.HQ.FOIA@ogn.af.mil - - -

16
17  the same address by which the Andersons transmitted the August 22, 2012, FOIA request months

18  earlier.  The Air Force did not respond, in writing, to the re-submission of the Andersons' August

19  22, 2012, FOIA request.

20  22.     In mid-October 2012, the Andersons received a telephone message from Mr. Larsen.

21  That message stated that "OSI-HD" sent the Andersons a "confirmation letter" on August 28,

22  2012.  The message said that the "confirmation letter" had the tracking number 2012-05810F.

23
24  23.     The Andersons did not (and have not) received any written response from the Air Force

25  regarding the FOIA request, including the "confirmation letter" referenced in paragraph 22 of

26  this Complaint.

27
28

VERIFIED COMPLAINT FOR VIOLATION OF
THE FREEDOM OF INFORMATION ACT
(FOIA) - 4

CROTTY & SON LAW FIRM, PLLC
421 W. Riverside Avenue, Suite 1005
Spokane, Washington 99201-0300
Phone: 509.850.7011
Email: matt@crottyandson.com

24.     On May 13, 2013, the Andersons appealed the Air Force's constructive non-response to the Andersons' August 22, 2012, FOIA request. The Andersons transmitted the appeal via electronic mail to the email address promulgated by the Air Force and by certified mail (Tracking No. 70112000000071469132), return receipt requested, to the mailing address promulgated by the Air Force.  Attached hereto as Exhibit A is a true and correct copy of the Andersons' May 13, 2013, FOIA appeal.

25.     U.S. Postal Service records reveal that the Air Force received the Andersons' FOIA appeal on May 16, 2013, at 10:54 a.m.

26.     Over twenty (20) business days have elapsed since the Air Force received the Andersons' FOIA appeal.

27.     The Air Force did not respond to the Andersons' FOIA appeal within twenty (20) business days of receiving the Andersons' FOIA appeal.

28.     Pursuant to 5 U.S.C. § 552(a)(6)(A)(ii), the Air Force's response to the Andersons' May 13, 2013, FOIA request was due within twenty working days of May 16, 2013, or by June 14, 2013.

29.     As of the date of this Complaint, the Air Force has failed to produce any records responsive to the Andersons' August 22, 2012, FOIA request or demonstrate that the responsive records are exempt from production.

30.     Because the Air Force has failed to comply with the time limit set forth in 5 U.S.C. § 552(a)(6)(A)(i)&(ii), the Andersons are deemed to have exhausted any and all administrative remedies with respect to the August 22, 2012, FOIA request per 5 U.S.C. § 552(a)(6)(C).

CROTTY & SON LAW FIRM, PLLC
421 W. Riverside Avenue, Suite 1005
Spokane, Washington 99201-0300
Phone: 509.850.7011
Email: matt@crottyandson.com

## V.    CLAIM FOR RELIEF

### (Violation OF FOIA 5 U.S.C. § 552)

31.    Plaintiffs incorporate paragraphs 1 through 30 as if pled verbatim herein.

32.    Defendant is unlawfully withholding records requested by Plaintiffs pursuant to 5 U.S.C. § 552.

33.    Plaintiffs are being irreprably harmed by reason of Defendant's unlawful withholding of requested records, and Plaintiffs will continue to be irreprable harmed unless Defendant is compelled to conform its conduct to the law's requriements.

## VI.    DEMAND FOR RELIEF

Plaintiffs hereby respectfully demand:

A.    That the Court order the Air Force to conduct a search for any and all records responsive to Plaintiffs' August 22, 2012, FOIA request and demonstrate that it employed search methods reasonably likely to lead to the discovery of records responsive to Plaintiffs' August 22, 2012, FOIA request.

B.    Order Defendant to produce, by a date certain, any and all non-exempt records responsive to Plaintiffs' August 22, 2012, FOIA request and a index of any responsive records withheld under a claim of exemption.

C.    Enjoin Defendant from continuing to withhold any and all non-exempt records responsive to Plaintiffs' August 22, 2012, FOIA request.

D.    Award plaintiff costs, attorneys' fees, and other reasonable expenses pursuant to 5 U.S.C. § 552(a)(4)(E).

VERIFIED COMPLAINT FOR VIOLATION OF
THE FREEDOM OF INFORMATION ACT
(FOIA) - 6

CROTTY & SON LAW FIRM, PLLC
421 W. Riverside Avenue, Suite 1005
Spokane, Washington 99201-0300
Phone: 509.850.7011
Email: matt@crottyandson.com

E.      Award plaintiffs additional relief as the Court deems just and equitable.

DATED this  15th day of June, 2013.

CROTTY & SON LAW FIRM, PLLC

*Matthew Z. Crotty*
MATTHEW Z. CROTTY
421 W. Riverside Ave. Ste 1005
Spokane, WA 99201
Telephone:  (509) 850-7011
Email:  matt@crottyandson.com

VERIFIED COMPLAINT FOR VIOLATION OF
THE   FREEDOM   OF   INFORMATION   ACT
(FOIA) - 7

CROTTY & SON LAW FIRM, PLLC
421 W. Riverside Avenue, Suite 1005
Spokane, Washington 99201-0300
Phone: 509.850.7011
Email:  matt@crottyandson.com

**VERIFICATION**

I, Chris A. Anderson, declare as follows:

1)      I am the Plaintiff in the above-entitled action;

2)      I have personal knowledge of the facts and allegations presented in the foregoing Complaint, and if called upon to testify I would competently testify as to the matters stated herein.

3)      I verify under penalty of perjury under the laws of the State of Idaho, and the laws of the United States of America, that the foregoing factual statements in this Complaint are true and correct.


Executed on      6|15|2013      .
                          DATE


_Chris A. Anderson_
Chris A. Anderson
Plaintiff

VERIFIED COMPLAINT FOR VIOLATION OF
THE FREEDOM OF INFORMATION ACT
(FOIA) - 8

CROTTY & SON LAW FIRM, PLLC
421 W. Riverside Avenue, Suite 1005
Spokane, Washington 99201-0300
Phone: 509.850.7011
Email: matt@crottyandson.com

**VERIFICATION**

I, Adelia Sue Anderson, declare as follows:

1)      I am the Plaintiff in the above-entitled action;

2)      I have personal knowledge of the facts and allegations presented in the foregoing Complaint, and if called upon to testify I would competently testify as to the matters stated herein.

3)      I verify under penalty of perjury under the laws of the State of Idaho, and the laws of the United States of America, that the foregoing factual statements in this Complaint are true and correct.

Executed on _____6 |15| 2013_____.
                                    DATE

_Adelia Sue Anderson_
Adelia Sue Anderson
Plaintiff

VERIFIED COMPLAINT FOR VIOLATION OF
THE FREEDOM OF INFORMATION ACT
(FOIA) - 9

CROTTY & SON LAW FIRM, PLLC

421 W. Riverside Avenue, Suite 1005
Spokane, Washington 99201-0300
Phone: 509.850.7011
Email: matt@crottyandson.com

# EXHIBIT A

# CROTTY & SON LAW FIRM, PLLC

421 WEST RIVERSIDE AVENUE, SUITE 1005, SPOKANE, WASHINGTON 99201

May 13, 2013

HQ AFSOI//XILI                                        *Via electronic and certified mail*
Attn: FOIA Section
27130 Telegraph Rd.
Quantico, VA 22134

Re:    Appeal re non-response to August 22, 2012, FOIA request
       Kelsey Sue Anderson, A1C
       Date of Death: June 9, 2011
       AFOSI 602-C-0000A627959111592115

To Whom it May Concern:

## I.    INTRODUCTION

This is an appeal under the Freedom of Information Act (FOIA).

I represent Chris and Susan Anderson, the parents of Airman First Class Kelsey Sue Anderson. A1C Anderson was killed on June 9, 2011, while serving our country in the Territory of Guam. On August 22, 2012, the Andersons submitted a FOIA request to the Air Force. The Air Force did not respond to that request within 20 days. In fact, the Air Force did not respond at all until the Andersons, on or about October 2, 2012, contacted Jason Larsen - - - a Special Agent assigned to the Air Force's Guam-based Office of Special Investigations (OSI) detachment. Shortly after the October 2, 2012, exchange the Andersons received a voice mail from Mr. Larsen that (a) referenced a response letter (that the Andersons never received) and (b) claimed that the Andersons' request would be delayed because of a 240 case backlog.

The Air Force's failure to respond within 20 days of receiving the Andersons' August 22, 2012, FOIA request violates the statute. 5 U.S.C.A. § 552(a)(6)(A)(i). And assuming that Mr. Larsen's October 2012 voice mail response complied with FOIA (it didn't) its reasoning (i.e. the 240 case backlog) is no excuse for FOIA non-compliance.

The Andersons simply seek to understand what happened to their daughter. In order to get that closure the Air Force must follow the law.

## II.    FACTS

On June 9, 2011, Airman First Class Kelsey Sue Anderson was killed while serving in the Territory of Guam. Ms. Anderson was on duty with the Air Force at the time.

Date: May 13, 2013

Re:   FOIA Appeal

From June 10, 2011, through May 22, 2012, the Andersons relentlessly (yet patiently) sought to find out the details of their daughter's death. To the Andersons' queries the Air Force responded that the investigation was ongoing. The Andersons continued to wait. This letter does not (and cannot) do justice to the anguish the Andersons felt (and feel) while waiting for an official determination as to the cause of their child's death.

Finally, on May 22, 2012, the Andersons received notification that the Air Force's investigation of Kelsey's death was complete. The Andersons were led to believe that a copy of the investigation would be forthcoming. Yet no report came.

On or about August 13, 2012, Chris Anderson contacted United States Senator James Risch's office. Attached hereto as Exhibit A is a true and correct copy of Senator Risch's letter to Mr. Anderson regarding the inquiry.

On August 22, 2012, the Andersons sent a Freedom of Information Act (FOIA) request to:

> HQ AFSOI//XILI
> Attn: FOIA Section
> 27130 Telegraph Rd.
> Quantico, VA 22134

A true and correct copy of the August 22, 2012, FOIA request is attached to this letter as Exhibit B. The Andersons used the FOIA request form that the Air Force supplied. The Andersons transmitted the completed FOIA request form to the Air Force via electronic mail, a manner allowed by the Air Force.

On September 6, 2012, the Air Force responded not to the August 22, 2012, FOIA request but to Senator Risch's inquiry. Attached hereto as Exhibit C is a true and correct copy of the September 6, 2012, letter. That letter informed the Andersons that the OSI's investigation regarding Kelsey Anderson was "closed and was received by the AFOSI File Repository on August 6, 2012," that the report number assigned to Kelsey Anderson's report was AFOSI 602-C-0000A627959111592115, and that the Andersons could submit a FOIA request to the same address to which the Andersons submitted the August 22, 2012, FOIA request.

On September 10, 2012, Senator Risch closed his inquiry.

From August 22, 2012, to October 2, 2012, the Air Force did not respond, verbally or in writing, to the Anderson's August 22, 2012, FOIA request.

Since the Air Force did not respond to the FOIA request the Andersons contacted the Air Force's Guam-based Office of Special Investigations (OSI) detachment on or about October 2, 2012. The Andersons spoke with Special Agent Jason A. Larson. The

DATE: MAY 13, 2013

RE:   FOIA APPEAL

Andersons asked Mr. Larsen about the status of the August 22, 2012, request to which Mr. Larsen replied that he was "not sure."

On or about October 3, 2012, Mrs. Anderson emailed Mr. Larsen a copy of the August 22, 2012, FOIA request.  Mr. Larsen forwarded the request to AFOSI.HQ.FOIA@ogn.af.mil - - - the same address by which the Andersons transmitted the August 22, 2012, FOIA request months earlier.   Attached hereto as Exhibit D is a true and correct copy of the above-referenced email string.  The Air Force did not respond, in writing, to that FOIA request.

In mid-October 2012, the Andersons received a telephone message from Mr. Larsen. That message stated that "OSI-HD" sent the Andersons a "confirmation letter" on August 28, 2012.  The message said that the "confirmation letter" had the tracking number 2012-05810F.  The Andersons found Mr. Larsen's message troubling because, to this day, the Andersons have not received any written response from the Air Force regarding the FOIA request.

Mr. Larsen's October 2012 phone message further stated that there were 240 FOIA requests ahead of the Andersons' request.

### III.   APPEAL

**A.   The Air Force's failure to respond to the Andersons' August 22, 2012, request violates the FOIA.**

Under the FOIA a government agency has 20 working days to respond to a FOIA request. 5 U.S.C.A. § 552(a)(6)(A)(i). That response must "immediately notify the person making such request of such determination, the reasons therefor, and of the right of such person to appeal to the head of the agency any adverse determination." *Id.*

Failure to respond within 20 days is deemed a constructive denial that allows the customer to forego the appeal process and sue the Air Force directly in federal court. 5 U.S.C.A. § 552(a)(6)(C)(i)("Any person making a request to any agency for records under paragraph (1), (2), or (3) of this subsection shall be deemed to have exhausted his administrative remedies with respect to such request if the agency fails to comply with the applicable time limit provisions of this paragraph.");  *Oglesby v. U.S. Dep't of Army*, 920 F.2d 57, 61 (D.C. Cir. 1990).

The Air Force did not respond to the Anderson's August 22, 2012, request within 20 days.  In fact, the Air Force has not responded at all.  And Mr. Larsen's response does not comply with FOIA as it (a) was not within 20 days of the August 22, 2012, request - - - it came months later (if at all) - - - and (b) did not inform the Andersons that they had the right to appeal as set out in 5 U.S.C. § 552 (a)(6)(C)(i).

3

DATE: MAY 13, 2013

RE:   FOIA APPEAL

Since the Andersons wish to avoid filing a federal lawsuit they, one more time, request that the Air Force, within 20 days, respond to the August 22, 2012, request and produce the requested documents.

**B.      The Air Force's "backlog" is no excuse for failing to produce the records.**

Assuming that what Mr. Larsen said was true, such a backlog is no excuse for the Air Force's failure to respond to the Andersons' August 22, 2012, request.  The Ninth Circuit Court of Appeals - whose legal decisions will control should the Andersons sue the Air Force for its repeated FOIA violations - consistently holds that the "backlog excuse" is not valid. *See Fiduccia v. U.S. Department of Justice*, 185 F.3d 1035, 1041 (9th Cir.1999).  In fact, a federal court in Illinois, citing *Fiduccia*, found that the U.S. Department of Energy's "back log" excuse violated the FOIA. *Donham v. U.S. Dep't of Energy*, 192 F. Supp. 2d 877, 882 (S.D. Ill. 2002)("[T]his Court does not accept Defendant's argument that a backlog of requests qualifies as 'exceptional circumstances'" under FOIA.)

Further, the Andersons' request is not burdensome at all.  It seeks "a copy of the report of investigation regarding...A1C Kelsey Sue Anderson, SSN 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."  The Air Force acknowledges that the report was received "by the AFSOI File Repository on August 6, 2012."  The Air Force acknowledges that the report has a number.  What that means is that the Air Force knows exactly where the report is and can quickly obtain it.

The Air Force is required to make a "determination" on the merits of this FOIA appeal within 20 working days of receipt. 5 U.S.C. § 552(a)(6)(A)(ii).  Please do so.

//

//

//

//

//

//

//

4

DATE: MAY 13, 2013

RE:   FOIA APPEAL

## IV.   CONCLUSION

In the event this appeal is denied, the Air Force is required to provide a written response describing the reasons for the denial, names and titles of each person responsible for the denial, and the procedures required to invoke judicial assistance in this matter. 5 U.S.C. § 552(a)(6)(ii).  As noted above, time is of the essence in this matter, if this appeal is denied or the Air Force's response is not forthcoming within 20 working days, we reserve our rights under FOIA to seek judicial review, including the award of attorneys' fees.  We await your prompt reply.

Very truly yours,

Matthew Z. Crotty
Attorney at Law

Enclosure.
CC: Chris and Sue Anderson

EXHIBIT A

JAMES E. RISCH
IDAHO

RUSSELL SENATE OFFICE BUILDING
SUITE 483
(202) 224-2752
FAX (202) 224-2573

Hnited States Senate

WASHINGTON, DC 20510

COMMITTEES

ENERGY AND NATURAL RESOURCES

FOREIGN RELATIONS

SELECT COMMITTEE ON ETHICS

SELECT COMMITTEE ON INTELLIGENCE

SMALL BUSINESS AND ENTREPRENEURSHIP

JOINT ECONOMIC COMMITTEE

August 13, 2012

Mr. Chris Anderson
3720 Lower Fords Creek Rd
Orofino, ID 83544

Dear Mr. Anderson:

Thank you for contacting my office regarding your daughter's military death report.  I am
in communication with the United States Department of Air Force and have asked them
to look into this issue.  I will be sure to inform you when I receive a response on this
inquiry.

Again, thank you for contacting me.  Please do not hesitate to contact me if you have
additional information or questions.

Very Truly Yours,

James E. Risch
United States Senator

JER/jc

SUITE 302
350 NORTH 9TH STREET
BOISE, ID 83702
(208) 342-7985

HARBOR PLAZA
610 HUBBARD, SUITE 213
COEUR D'ALENE, ID 83814
(208) 667-6130

SUITE 106
313 D STREET
LEWISTON, ID 83501
(208) 743-0792

SUITE 290
275 SOUTH 5TH STREET
POCATELLO, ID 83201
(208) 236-6817

SUITE 2
1411 FALLS AVENUE E
TWIN FALLS, ID 83301
(208) 734-6780

SUITE 202A
901 PIER VIEW DRIVE
IDAHO FALLS, ID 83402
(208) 523-5541

# EXHIBIT B

Air Force Office of Special Investigations
Certification of Identity for FOIA/PA Requests
**Send your request to:**
**HQ AFOSI//XILI**
**Attn: FOIA Section**
**27130 Telegraph Rd**
**Quantico, VA 22134**
**EMAIL: AFOSI.HQ.FOIA@ogn.af.mil**

WHEN FILLED IN, THIS DOCUMENT CONTAINS INFORMATION WHICH MUST BE
PROTECTED IAW AFI 33-332 AND DOD REGULATION 5400.1; THE PRIVACY ACT OF 1974
AS AMENDED APPLIES, AND WILL BE USED FOR OFFICIAL USE ONLY

Date of Request:   August 22, 2012

REQUESTOR:  Chirs A. & Adelia Sue Anderson Phone #: 208-476-9091 Email:
adeliasue@yahoo.com

REQUESTOR'S ADDRESS:  Street:

3720 Lower Fords Creek Road

City/State/Zip:

Orofino, Idaho 83544

Under the Freedom of Information Act/Privacy Act, I am requesting a copy of the report of
investigation regarding:

(Name and SSN* of Individual)

A1C Kelsey Sue Anderson

(Your relationship to the individual involved)          (Your role in the investigation, if any)
 Her parents.                                            None

*NOTE:  If you wish to receive records regarding a minor, please indicate:*

___ I am the custodial parent/legal guardian          ___ I am **NOT** the custodial
parent/legal guardian

Please provide the timeframe, location, and nature of the investigation as well as any other
pertinent details in the space provided below. **If you are not requesting a report of
investigation, please describe below the records you are seeking.** If more space is needed,
please submit an attachment with your request form.

A1C Kelsey Sue Anderson died June 9, 2011 of an apparent suicide, while on active duty at Andersen AFB, Guam.

I authorize information relating to myself be released to the following individual(s):

_____

_____

I declare under **penalty of perjury** under the laws of the United States of America that the foregoing is true and correct, and that I am the person named above and I understand that any falsification of this statement is punishable under the provisions of 18 U.S.C Section 1001 by a fine of not more than $10,000 or by imprisonment of not more than five years or both, and that requesting or obtaining any record(s) under false pretenses is punishable under the provisions of 5 U.S.C. 552a(i)(3) by a fine of not more than $5,000.

Printed Name:  Chris A. Anderson  & Adelia Sue Anderson

Signature:

*Chris A. Anderson*
*Adelia Sue Andersen*

**NOTE:  A SIGNATURE IS REQUIRED.**  Fax or mail the form OR if you can scan the form with your signature, then e-mailing it will suffice.

*Providing the social security number of the individual to whom the request is pertaining to is voluntary.  It will be used only to facilitate the identification of records.  Without the social security number, we may be unable to locate records requested pertaining to your request.

EXHIBIT C



**DEPARTMENT OF THE AIR FORCE**
WASHINGTON, DC

Office of the Secretary

September 6, 2012

SAF/LL
1160 Air Force Pentagon
Washington, DC 20330

The Honorable James E. Risch
United States Senator
313 D Street, Ste 106
Lewiston, ID 83501

Dear Senator Risch:

This is in reply to your inquiry on behalf of Mr. Chris Anderson regarding his request for a copy of the investigation surrounding his daughter's death.

The Air Force Office of Special Investigations (AFOSI) advise they conducted an investigation into the death of Mr. Anderson's daughter, Kelsey S. Anderson (AFOSI Investigation 602-C-0000A6-27959111592115). The investigation is closed and was received by the AFOSI File Repository on August 6, 2012.

To receive a copy of this investigation under the Freedom of Information Act (FOIA), AFOSI recommends Mr. Anderson complete a Verification of Identity Form available on the AFOSI website at http://www.osi.af.mil/library.asp. The form can be submitted to the email address on the website or by mail to:

> HQ AFOSI/XILI
> Attn:  FOIA Section
> 27130 Telegraph Rd
> Quantico, VA 22134

Unfortunately, it may take up to six months to process Mr. Anderson's FOIA request from date of receipt. Most requests involve the loss of loved ones, sexual assaults, and other sensitive matters and to ensure fairness, AFOSI is required to process all FOIA requests on a "first-in, first-out" basis, in accordance with DoD and Air Force Instructions (DOD 5400.7R, AFMAN 33-302). AFOSI will do everything it can to expedite Mr. Anderson's request.

We offer our sincerest condolences to the Anderson family for their loss.

Sincerely,

JOHN M. LARSON, Colonel, USAF
Chief, Congressional Inquiry Division
Office of Legislative Liaison

EXHIBIT D

**Matt Crotty**

| | |
|---|---|
| **From:** | Adelia Anderson [adeliasue@yahoo.com] |
| **Sent:** | Monday, April 29, 2013 9:44 AM |
| **To:** | Matt Crotty |
| **Subject:** | Fw: FOIA Request/Kelsey Sue Anderson |
| **Attachments:** | scan0004.pdf; smime.p7s |

----- Forwarded Message -----
**From:** "Larsen, Jason A SA USAF AFOSI Det 602 Supt" <Jason.Larsen@ogn.af.mil>
**To:** AFOSI HQ-FOIA REQUEST <AFOSI.HQ.FOIA@ogn.af.mil>
**Cc:** "'adeliasue@yahoo.com'" <adeliasue@yahoo.com>; "Garavanta, Douglas S Lt Col USAF AFOSI Det 602 CC" <Douglas.Garavanta@ogn.af.mil>
**Sent:** Tuesday, October 2, 2012 7:55 PM
**Subject:** FW: FOIA Request

Sir/Ma'am,
Please reference attached FOIA request from Sue & Chris Anderson. They sent this to the FOIA Office on 22 Aug 12 and never received a response. Please respond to myself and Sue Anderson (Cc'ed) to verify receipt of the FOIA Request. If you could also please keep us both informed on the status of the request. If you have any questions or need additional information please let me know. Thanks in advance for your assistance.

JASON A. LARSEN, SA, USAF
Superintendent, AFOSI Det 602
Andersen AFB, Guam

Comm: (671) 366-2987
DSN: 315-366-2987
Fax: 315-366-2818

FOR OFFICIAL USE ONLY: This electronic transmission contains FOR OFFICIAL USE ONLY (FOUO) information which must be protected under the Privacy Act of 1974 (see 5 U.S.C. 552a and AFI 33-332). Do not release outside of DOD channels without the consent of the originator's office unless specifically authorized by the Privacy Act. This information is also exempt from disclosure under the exemption 6 of the Freedom of information Act, 5 U.S.C. 552. If you received this message in error, please notify the sender by reply e-mail and delete all copies of this message. (Ref: 33-119 Para 8.4 Privacy Act Information.)

-----Original Message-----
From: Adelia Anderson [mailto:adeliasue@yahoo.com]
Sent: Wednesday, October 03, 2012 12:39 PM
To: Larsen, Jason A SA USAF AFOSI Det 602 Supt
Subject: Re: FOIA Request

Jason,  This should be the FOIA  that was sent 08-22-2010.  Please let me

1

know it you received this email.
Sincerely, Sue Anderon

---

From: "Larsen, Jason A SA USAF AFOSI Det 602 Supt" <Jason.Larsen@ogn.af.mil>
To: "'adeliasue@yahoo.com'" <adeliasue@yahoo.com>
Sent: Tuesday, October 2, 2012 7:15 PM
Subject: FOIA Request

Sue,
Please let me know if you are still having trouble sending the information.
If this does not work I will find a work around so we can get you the
report.

Thanks,

Jason

JASON A. LARSEN, SA, USAF
Superintendent, AFOSI Det 602
Andersen AFB, Guam

Comm: (671) 366-2987
DSN: 315-366-2987
Fax: 315-366-2818

FOR OFFICIAL USE ONLY: This electronic transmission contains FOR OFFICIAL
USE ONLY (FOUO) information which must be protected under the Privacy Act of
1974 (see 5 U.S.C. 552a and AFI 33-332). Do not release outside of DOD
channels without the consent of the originator's office unless specifically
authorized by the Privacy Act. This information is also exempt from
disclosure under the exemption 6 of the Freedom of information Act, 5 U.S.C.
552. If you received this message in error, please notify the sender by
reply e-mail and delete all copies of this message. (Ref: 33-119 Para 8.4
Privacy Act Information.)