WENDY J. OLSON, IDAHO STATE BAR NO. 7634
UNITED STATES ATTORNEY
**NICHOLAS J. WOYCHICK, IDAHO STATE BAR NO. 3912**
**ASSISTANT UNITED STATES ATTORNEY**
DISTRICT OF IDAHO
WASHINGTON GROUP PLAZA IV
800 EAST PARK BOULEVARD, SUITE 600
BOISE, ID 83712-7788
TELEPHONE: (208) 334-1211
FACSIMILE:  (208) 334-1414
Email: Nick.Woychick@usdoj.gov

Attorneys for Defendant
United States Air Force

UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF IDAHO

| | |
|---|---|
| CHRISTOPHER A. ANDERSON AND ADELIA SUE ANDERSON,<br><br>Plaintiffs,<br><br>v.<br><br>UNITED STATES AIR FORCE,<br><br>Defendant. | Case No. 3:13-CV-00265-BLW |

### STIPULATION OF SETTLEMENT AND DISMISSAL

#### I.

Plaintiffs, Christopher A. Anderson and Adelia Sue Anderson, and the Defendant, United States Air Force, agree Defendant shall pay Plaintiffs the amount of Six Thousand Five Hundred Dollars and No Cents ($6,500.00) in full and complete satisfaction of Plaintiffs' claims for attorneys' fees and litigation costs arising out of their action brought under the Freedom of Information Act ("FOIA"), 5 U.S.C. § 552, and filed in the United States District Court for the

STIPULATION OF SETTLEMENT AND DISMISSAL - 1

District of Idaho, Case No. 3:13-CV-00265-BLW ("Action").

Payment shall be made by electronic transfer of funds. Payment shall be made as promptly as practicable, consistent with the normal processing procedures followed by Defendant. Plaintiffs and Plaintiffs' counsel shall co-operate with Defendant to ensure all documentation and necessary information as required to process this payment is complete and accurate.

Plaintiffs agree to dismiss this action with prejudice pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii). Plaintiffs also hereby release, acquit and forever discharge the Defendant and its successors, assigns, employees, agents, directors, officers, components, divisions, and insurance carriers from any and all actions, causes, claims for relief, demands, suits, controversies, damages, monies and costs, including attorney's fees, accrued or accruing unto the undersigned and arising out of Plaintiffs' claims and all factual matters alleged, and that could have been alleged, in the pleadings filed in the above-referenced Action.

## II.

The undersigned Plaintiffs further stipulate and agree that no other costs or attorney's fees relating to the above-referenced Action will be requested by the Plaintiffs, Christopher A. Anderson and Adelia Sue Anderson, and/or their attorneys in this Action or awarded by the Court.

## III.

This Agreement shall resolve and compromise all claims, demands, damages, past, present and future, including, but not limited to: the above-referenced Action, Plaintiffs' FOIA request for the Report of Investigation regarding A1C Kelsey Sue Anderson, and all claims, demands, damages, past, present and future, including costs, attorney's fees or any other claims for special, general or punitive damages of every kind and of every description arising out of the factual matters alleged in the Action.

STIPULATION OF SETTLEMENT AND DISMISSAL - 2

IV.

The undersigned Plaintiffs further stipulate, warrant, and agree that this Agreement is in full, final and complete discharge, and shall be binding upon the Plaintiffs and all of their heirs, executors, administrators, assigns, or successors-in-interest. The undersigned Plaintiffs further warrant that no other person, company, association, corporation or other entity has any right, claim or interest in or to the claims settled herein, or the settlement proceeds, and that they are the sole owners and possessors thereof, and that they have not sold, assigned, conveyed or transferred any part or portion of said claims and/or will hold harmless and indemnify the Defendant released herein, its successors, assigns, employees, agents, directors and officers, and insurance carriers from any claims arising therefrom.

V.

This Agreement shall be construed and interpreted in accordance with the laws of the United States. In the event that an action is brought for the enforcement of any of the terms of this agreement, the prevailing party shall be entitled to recover, in addition to expenses, costs and disbursements as provided by Federal law, reasonable attorney's fees to be taxed in such suit or action.

VI.

This Agreement is in no way is intended to be, and should not be construed as, an admission of liability or fault on the part of the United States Air Force, its agents, servants, employees, or officers, and is entered into by the Parties for the purpose of compromising disputed claims and avoiding the expense and risks of further litigation.

VII.

The Parties agree this Settlement will not be used as evidence or otherwise in any pending or future civil or administrative action against the United States Air Force, or any agency or instrumentality of the United States.

STIPULATION OF SETTLEMENT AND DISMISSAL - 3

## VIII.

This Stipulation of Settlement and Dismissal contains the entire agreement of the parties.

## IX.

Execution and filing of this Agreement by counsel for the Parties shall constitute a dismissal of this action, with prejudice.

DATED this 30th day of September, 2013.

                                            WENDY J. OLSON
                                            United States Attorney
                                            District of Idaho

                                            _____
                                            NICHOLAS J. WOYCHICK
                                            Assistant United States Attorney

DATED this 30th day of September, 2013.

                                            CROTTY & SON LAW FIRM, PLLC

                                            /s/
                                            _____
                                            Matthew Z. Crotty
                                            Attorneys for Plaintiffs
                                            Christopher A. Anderson and
                                            Adelia Sue Anderson

STIPULATION OF SETTLEMENT AND DISMISSAL - 4

DATED this 26th day of September, 2013.

_____
Christopher A. Anderson

STATE OF IDAHO          )
                        :ss.
COUNTY OF CLEARWATER)

On this _____ day of September 2008, before me, the undersigned Notary Public, personally appeared **Christopher A. Anderson**, known to me to be the person whose name is subscribed to the within instrument, and acknowledged to me that he executed the same.

IN WITNESS THEREOF, I have hereunto set my hand and affixed my official seal as of the day and year in this certificate first above written.
(SEAL)

_____
NOTARY PUBLIC FOR IDAHO
Residing at: Orofino, Idaho
My Commission Expires: July 16, 2018

DATED this 26th day of September, 2013.

_____
Adelia Sue Anderson

STATE OF IDAHO          )
                        :ss.
COUNTY OF CLEARWATER)

On this _____ day of September 2008, before me, the undersigned Notary Public, personally appeared **Adelia Sue Anderson**, known to me to be the person whose name is subscribed to the within instrument, and acknowledged to me that she executed the same.

IN WITNESS THEREOF, I have hereunto set my hand and affixed my official seal as of the day and year in this certificate first above written.
(SEAL)

_____
NOTARY PUBLIC FOR IDAHO
Residing at: Orofino, Idaho
My Commission Expires: July 16, 2018

STIPULATION OF SETTLEMENT AND DISMISSAL - 5