UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF IDAHO

| | |
|---|---|
| CHRIS A. ANDERSON AND ADELIA SUE ANDERSON,<br><br>　　　　Plaintiff,<br><br>　v.<br><br>UNITED STATES AIR FORCE,<br><br>　　　　Defendant. | Case No. 3:13-CV-00265-BLW<br><br>**JUDGMENT** |

　　Having duly considered the parties' Stipulation of Settlement and Dismissal (ECF No. 7), pursuant to Rule 41(a)(2) of the Federal Rules of Civil Procedure, for good cause shown, and being fully advised in the premises,

　　NOW THEREFORE IT IS HEREBY ORDERED, ADJUDGED, AND DECREED, that the Complaint filed in the above-entitled matter be, and the same is hereby, DISMISSED WITH PREJUDICE, with each party to bear their own costs and attorney fees.  The Clerk is direct to close this case.

DATED: November 14, 2013

_____
B. Lynn Winmill
Chief Judge
United States District Court

JUDGMENT - 1